any case. But counsel for the plaintiff are especially tenacious of that part of the order appealed from which directs the referee to prescribe the form of a judgment against the defendant William Beever, and here again we deem the motion unnecessary, and the order not to be upheld. The report of the referee, after finding with great fullness and particularity upon the matters of fact which we may suppose were in issue between the parties, proceeds separately to find nine distinct conclusions of law, and directs judgment accordingly, after providing for a dismissal of the complaint as to the defendant Lewis. There can be no doubt about the effect of this direction. The judgment so directed is to be entered against both the defendants other than Lewis. It is judgment in accordance with the conclusion of law. Whatever matters are found as conclusions of law are to be adjudged by the judgment to be entered. This may be less than the plaintiff is entitled to, (and it may be more,) nevertheless it is the judgment which either party is entitled to enter, and from which either party is at liberty to appeal. Its deficiencies or its errors cannot be corrected beforehand by an order for a further direction of judgment. We are unable to discern any good ground for the order appealed from, and are of opinion that it should be reversed, and the motion denied. ·

Order appealed from reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. All concur.

---

(67 Hun, 649.)

In re JOHNSON.

(Supreme Court, General Term, First Department. January 13, 1893.)

No opinion. Motion denied upon appellant's paying $10 costs of motion, and stipulating to argue at February general term, and perfecting appeal by giving proper undertaking. The costs and stipulation and undertaking to be paid are given within five days after notice of this order. ·

---

(67 Hun, 648.)

MEISE v. DOSCHER et al.

(Supreme Court, General Term, First Department. January 13, 1893.)

Action by Louise Meise against John H. Doscher and others.
No opinion. Motion denied, with $10 costs. See 21 N. Y. Supp. 337, 22 N. Y. Supp. 1104, and 23 N. Y. Supp. 49.

---

(67 Hun, 648.)

MELLEN v. MELLEN et al.

(Supreme Court, General Term, First Department. January 13, 1893.)

Action by Sarah E. Mellen against Abner Mellen and others.
No opinion. Motion denied, with $10 costs. See 19 N. Y. Supp. 1001.